UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for SN Servicing Corporation
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

Order Filed on October 29, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

IN RE:

Evangelia Maliarakis
aka Evangelia M Maliarakis
aka Eva Vidal
aka Eva Maliarakis Vidal

Debtor(s)

Case No.     19-24000

Judge: Stacey L. Meisel

Chapter: 13

**ORDER RESOLVING OBJECTION TO CONFIRMATION AND REQUEST FOR ENTRY OF AN ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY TO SECURED CREDITOR**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 29, 2019**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Applicant:                                    SN Servicing Corporation
Applicant's Counsel:                 Friedman Vartolo LLP
Debtor's Counsel:                       Scott D. Sherman, Esq.
Property Involved("Collateral"):   29 Skyline Drive, Englewood Cliffs, NJ 07632

THIS MATTER having been brought before the Court by Scott D. Sherman, attorney for the Debtor, Evangelia Maliarakis ("Debtor"), upon the filing of a Chapter 13 Plan, and SN Servicing Corporation, ("Secured Creditor"), by and through its attorneys, Friedman Vartolo, LLP, having filed an Objection to the Confirmation of said Chapter 13 Plan, and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. Debtor must close on the sale of the Collateral by December 31, 2019. If the closing has not occurred by this date, Applicant is granted immediate relief from the automatic stay, without further application or Order of this Court. The fourteen (14) day stay is hereby waived pursuant to Fed. R. Bankr. Pr. 4001(a)(3).

2. Beginning on September 1, 2019, regular monthly mortgage payments shall continue to be made in the amount of **$3,939.67** pending completion of the sale. If the Debtors fail to make the regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

3. If Applicant obtains stay relief. Applicant must notify Debtor's Counsel of any scheduled Sheriff Sale.

4. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.